IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM WITHERSPOON,

    Petitioner,

v.                                                4:17cv137–WS/EMT

MARK S. INCH,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 37) docketed May 14, 2019. The magistrate judge recommends that the petitioner's second amended petition for writ of habeas corpus (ECF No. 30) be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 37) is

hereby ADOPTED and incorporated by reference into this order.

    2. The petitioner's second amended petition for writ of habeas corpus (ECF No. 30) is DENIED.

    3. The clerk shall enter judgment stating: "Petitioner's second amended petition for writ of habeas corpus is DENIED."

    4. A certificate of appealability is DENIED. Leave to appeal in forma pauperis is DENIED.

    DONE AND ORDERED this __25th__ day of __June__, 2019.


                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE